**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| 511 TECHNOLOGIES INC.; and CADDO SYSTEMS, INC, <br><br> Plaintiffs, <br><br> v. <br><br><br> HUAWEI TECHNOLOGIES CO., LTD. AND HUAWEI TECHNOLOGIES USA, INC., <br><br> Defendants. | Case No.  2:17-CV-427-JRG <br><br> **Jury Trial Demanded** |

## ORDER OF DISMISSAL

On this date came for consideration Plaintiffs 511 Technologies Inc. and Caddo Systems, Inc. (Plaintiffs') Notice of Voluntary Dismissal pursuant to Rule 41(a)(1). (Dkt. No. 13.) It is therefore, ORDERED that this Plaintiffs' claims for relief against Defendants Huawei Technologies Co., Ltd. and Huawei Technologies USA, Inc. are dismissed with prejudice.

## So Ordered this
**Jun 28, 2017**


_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE